# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOR CONSTRUCTION, INC.; AND
ZURICH NORTH AMERICA,
Appellants,
vs.
JESUS ANDRADE (DECEASED),
Respondent.

No. 72708

**FILED**

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL
## AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for September 26, 2017, at 1:30 p.m. in Carson City, is therefore vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Marshall Law Office
Eighth District Court Clerk

17-30745